In the Matter of the CITY OF NEW YORK, Appellant, for a Peremptory Writ of Mandamus against EDWARD SCHOENECK et al., Constituting the STATE BOARD OF EQUALIZATION et al., Respondents.

*Matter of City of N. Y. v. Schoeneck,* 174 App. Div. 901, affirmed. (Argued November 24, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 25, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus requiring the state board of equalization of the state of New York to convene and prepare a statement of the aggregate amounts of assessments upon which the state comptroller shall compute the state tax for 1915 for the five counties comprised in the city of New York, imposed pursuant to chapter 729 of the Laws of 1915, which statement shall include the assessed valuation of real property as equalized by said board and the assessed valuations of personal property, exclusive of the assessed valuations of bank stock for 1914, for each of said counties and transmit to the state comptroller such statement.

*Lamar Hardy,* Corporation Counsel (*William H. King* of counsel), for appellant.

*Egburt E. Woodbury,* Attorney-General (*Harold J. Hinman* and *Edward G. Griffin* of counsel), for respondents.

Order affirmed, with costs, on authority of *People ex rel. City of Geneva* v. *Board of Supervisors* (188 N. Y. 1).

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.